**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO.: 20-69642-JWC** |
| **KETURAH ANN JACKSON,** | : | |
| | : | **CHAPTER 7** |
| | : | |
| **DEBTOR** | : | **JUDGE CAVENDER** |

## MOTION TO REOPEN CASE

COMES NOW, Keturah Ann Jackson, Debtor, by and through the undersigned counsel, and files this "Motion to Reopen Case," showing this Honorable Court as follows:

1.

On September 4, 2020, the Debtor filed a Chapter 7 bankruptcy case in the Northern District of Georgia.

2.

The Meeting of Creditors was held and concluded on October 6, 2020.

3.

On April 30, 2021, Debtor completed a financial management course as required by 11 U.S.C. 727(a)(11).

4.

Due to inadvertence, the certificate for the financial management course was not timely filed; and on March 29, 2021, the Court entered an Order Discharging Trustee and Closing Estate without an entry of discharge for the Debtor.  (Doc. No.14).

5.

Having demonstrated that the course has been taken, Debtor requests that the Court reopen the case for the sole purpose of entering an order of discharge and then subsequently closing the case.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

1. That this Motion to Reopen case be read, filed and considered;
2. That the Court reopen the case for the purpose of granting Debtor a discharge;
3. That the Court enter an Order of Discharge and then close the case; and
4. For such other and further relief as this Court deems just and proper.

This Friday, April 30, 2021

Respectfully submitted,

/s/ Stanley J. Kakol, Jr.
Stanley J. Kakol, Jr.
GA Bar No. 406060
The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road, Suite C
Lithonia, GA  30038
(770) 800-0440

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 20-69642-JWC |
| **KETURAH ANN JACKSON,** | : | |
| | : | CHAPTER 7 |
| | : | |
| DEBTOR | : | JUDGE CAVENDER |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true copy of the foregoing, attached **"Motion to Reopen Chapter 7 Case"** on the parties below by electronic mail and/or U.S. First Class Mail, with appropriate prepaid postage affixed thereon, addressed as follows:

**Keturah Ann Jackson**
6566 Shaffer's Way
Lithonia, GA 30058

**S. Gregory Hays - Chapter 7 Trustee**
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

**United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

All parties listed on the case matrix

Dated: April 30, 2021.                                   Respectfully submitted,

/s/ Stanley J. Kakol, Jr._____
Stanley J. Kakol, Jr.
GA Bar No. 406060
The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road, Suite C
Lithonia, GA  30038
(770) 800-0440